**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6214

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOSHUA RAYSHAWN MELVIN, a/k/a J.O.,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:16-cr-00074-D-2)

Submitted:  December 23, 2025                          Decided:  December 31, 2025

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joshua Rayshawn Melvin, Appellant Pro Se.  Lucy Partain Brown, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Rayshawn Melvin appeals the district court's order denying Melvin's 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *United States v. Melvin*, No. 5:16-cr-00074-D-2 (E.D.N.C. Mar. 21, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*